AO 93 (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT

for the

Central District of California

**ORIGINAL**

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>One United States Postal Service parcel bearing tracking number 9500 1143 1263 0003 1838 57, postmarked on January 3, 2020, in San Gabriel, California | Case No. **2:20-MJ-00251** |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 1/21/2020 1:45 p.m. _____
*Judge's signature*

City and state: Los Angeles, CA  Hon. Alexander F. MacKinnon, U.S. Magistrate Judge
*Printed name and title*

AUSA: Brian R. Faerstein x3819

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: 19-<br>2:20-MJ-00251 | Date and time warrant executed:<br>01-22-2020 | Copy of warrant and inventory left with:<br>SAN GABRIEL POLICE DEPT. |
|---|---|---|

Inventory made in the presence of:
DETECTIVE ERIC BRITT, SAN GABRIEL P.D.

Inventory of the property taken and name of any person(s) seized:

(3) PACKAGES OF RELX, LIQUID NICOTINE PODS
EACH CONTAINING 3 PODS.
EACH POD CONTAINED AN UNK DARK LIQUID.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01-29-2020

_____
Executing officer's signature

GREGORY MALLETTE    DEA TFO
Printed name and title

## ATTACHMENT A

PARCEL TO BE SEARCHED

**The SUBJECT PARCEL**

One United States Postal Service parcel bearing tracking number 9500 1143 1263 0003 1838 57, postmarked on January 3, 2020, in San Gabriel, California (the "SUBJECT PARCEL"). The SUBJECT PARCEL is further described as a padded envelope measuring 12½ inches X 19 inches with the seams at both ends completely taped over with brown packing tape, and bearing a handwritten address label with the following recipient information: "Jin Xin Li 3535 Lebon Dr. Apt. 2405, San Diego CA 92122-4595;" and with the following sender information: "LINYANG LI 849 Carillo Dr., San Gabriel CA 92776." The SUBJECT PARCEL is currently in the custody of the San Gabriel Police Department.

## ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized from the parcel described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution of and Possession with Intent to Distribute a Controlled Substance); 846 (Conspiracy to Distribute and to Possess with Intent to Distribute a Controlled Substance); and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance):

    a. Any controlled substances;

    b. Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000.00; and

    c. Packaging material.